**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Tayron Pascual Rojas GARCIA,
Defendant-Appellant.**

**No. 16-11357
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(March 6, 2017)

Peter J. Sholl, Arthur Lee Bentley, III, Joseph K. Ruddy, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Tayron Pascual Rojas Garcia, Coleman, FL, for Defendant-Appellant

Before HULL, WILSON and JORDAN, Circuit Judges.

PER CURIAM:

David Hardy, appointed counsel for Tayron Rojas Garcia, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Rojas Gar-

cia's convictions and sentences are AF-FIRMED.